UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| REBECCA TRINIDAD,<br><br>            Plaintiff,<br><br>    v.<br><br>GOOGLE LLC and DEEPMIND<br>TECHNOLOGIES LTD.,<br><br>            Defendants. | Case No. 3:25-cv-09574-TLT<br><br>**PLAINTIFF'S NOTICE OF FILING<br>SECOND AMENDED COMPLAINT<br>PURSUANT TO FED. R. CIV. P. 15(a)(2)** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Rebecca Trinidad hereby files her Second Amended Complaint, attached hereto as Exhibit A.

Pursuant to Federal Rule of Civil Procedure 15(a)(2), a party may amend its pleading with "the opposing party's written consent." On [Insert Date of Email, e.g., December 2, 2025], Counsel for Defendants provided written consent via email for Plaintiff to file the attached Second Amended Complaint.

Accordingly, Plaintiff files this pleading without the necessity of a formal Motion for Leave. The attached Second Amended Complaint is submitted in the exact form consented to by the parties.

DATED: December 2, 2025

Respectfully Submitted,

Rebecca Trinidad

*Pro Se*

1

United States District Court
Northern District of California