UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA TRINIDAD,<br><br>        Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC, et al.,<br><br>        Defendants. | Case No. 25-cv-09574-TLT<br><br>**REFERRAL TO HELP DESK, SUBJECT TO SCREENING OF SAC PURSUANT TO 28 U.S.C. §1915**<br><br>Re: Dkt. No. 19 |

### REFERRAL TO THE HELP DESK

REBECCA TRINIDAD is **encouraged** to seek free legal assistance from the Legal Help Center located in the San Francisco courthouse. The Legal Help Center will not represent you as your lawyer, but can provide basic legal assistance at no cost.  You can schedule an appointment by calling 415-782-8982 or emailing FedPro@sfbar.org.

You can find more information at https://cand.uscourts.gov/pro-se-litigants/.  The court also has a free guide "Representing Yourself in Federal Court: A Handbook for Pro Se Litigants," which provides instructions on how to proceed at every stage of the case, including discovery, motions, and trial.

You can access it online (https://www.cand.uscourts.gov/wp-content/uploads/2023/03/Pro_Se_Handbook_4-2024_MBB.pdf) or in hard copy free of charge from the Clerk's Office.

In the interim, the Court may conduct a screening of the Second Amended Complaint (SAC) pursuant to the factors listed in 28 U.S.C. §1915.  ECF 19.  To date, the defendants, Google LLC and DeepMind Technologies, LTD have not appeared or served with the Second Amended Complaint.  *See also*, ECF 10, 16.

Overall, Plaintiff alleges that Defendants engaged in predatory innovation appropriation by monitoring Plaintiff's work in real-time and immediately commercializing her innovations,

1  denying her any opportunity to develop or protect her intellectual property. The complaint further
2  alleges misappropriation of proprietary AI development methodologies. In short, a violation of the
3  Trade Secrets Act.  ECF 19.  There is a related docket 25-cv-06327-JST.

**IT IS SO ORDERED.**

Dated: December 3, 2025

_____
TRINA L. THOMPSON
United States District Judge