1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| REBECCA TRINIDAD, | ) | Case No.: 3:25-cv-09574-TLT |
|---|---|---|
| Plaintiff, | ) ) | [PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT |
| v. | ) ) ) | |
| GOOGLE LLC and DEEPMIND TECHNOLOGIES, LTD, | ) ) ) | |
| Defendants. | ) ) ) ) ) ) ) | |

[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER                                     CASE NO.: 3:25-cv-09574-TLT

1  WHEREAS, on September 19, 2025, Plaintiff filed a Complaint against Defendants in this Court;

2  WHEREAS, on December 2, 2025, Plaintiff filed a Second Amended Complaint against Defendants in this Court;

3  WHEREAS, on December 16, 2025, Defendants filed a Motion to Dismiss Plaintiff's Second Amended Complaint;

4  WHEREAS, on December 18, 2025, Plaintiff filed her Opposition to the Motion to Dismiss;

5  WHEREAS, the current deadline for Defendants to file their Reply is December 24, 2025;

6  WHEREAS, the Parties have met and conferred in good faith and have agreed to stipulate to a 15-day extension for Defendants' Reply, which will set Defendants' deadline to file their Reply to January 8, 2026;

7  WHEREAS, the Parties expressly reserve and do not waive any arguments or defenses by making this stipulation; and

8  WHEREAS, the 15-day extension of Defendants' deadline to file their Reply will not alter the date of any event or any deadline already fixed by the Court.

THEREFORE, the Parties stipulate as follows: Under Civil Local Rule 6-1(a), the deadline for Defendants to file their Reply is extended from December 24, 2025 to January 8, 2026.

**IT IS SO ORDERED:**

Dated: December 19, 2025

_____
DISTRICT JUDGE TRINA L. THOMPSON

[Proposed] Order                    -1-                    CASE NO.: 3:25-cv-09574-TLT