UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA TRINIDAD,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC, et al.,<br><br>    Defendants. | Case No. 25-cv-09574-TLT<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT**<br><br>Re: Dkt. No. 37 |

Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge to conduct a settlement conference by September 22, 2026, or as soon thereafter as is convenient for the assigned Magistrate Judge. The parties will be advised of the date, time and place of the next appearance by notice from Magistrate Judge.

Should the case settle, the parties are ORDERED to file a Notice of Settlement within three days so that the Court may vacate any pending dates.

**IT IS SO ORDERED.**

Dated: February 3, 2026

TRINA L. THOMPSON
States District Judge