BENJAMIN D. MARGO, CA SBN 348644
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:   (650) 493-9300
Facsimile:   (866) 974-7329
Email:   bmargo@wsgr.com

PRAATIKA PRASAD (Admitted *Pro Hac Vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
31 West 52 Street, Fifth Floor
New York, NY 10019-6022
Telephone:   (212) 999-5800
Facsimile:   (866) 974-7329
Email:   pprasad@wsgr.com

Attorneys for Defendants
*Google LLC and DeepMind Technologies Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REBECCA TRINIDAD, | Case No.: 3:25-cv-09574-TLT |
| Plaintiff, | **DEFENDANTS' STATEMENT OF RECENT DECISION** |
| v. | Judge:  Trina L. Thompson |
| GOOGLE LLC and DEEPMIND TECHNOLOGIES, LTD, | Complaint Filed:  September 19, 2025 |
| Defendants. | |

In accordance with Local Rule 7-3(d)(2), Defendants Google LLC and DeepMind Technologies, Ltd. (together "Defendants" or "Google") respectfully submit as supplemental authority Judge Tigar's recent Orders in *Trinidad v. OpenAI Inc.*, No. 4:25-cv-06328-JST. On February 4, 2026, Judge Tigar denied Plaintiff Rebecca Trinidad's ("Trinidad") Motion for Leave to File Motion for Reconsideration of Order Granting Motion to Dismiss (Dkt. 84, *attached as* Exhibit A) and her Motion for Leave to Proceed In Forma Pauperis on Appeal (Dkt. 85, *attached as* Exhibit B).

In denying the Motion for Leave to File Motion for Reconsideration of Order Granting Motion to Dismiss, the court explained that the "new evidence" proffered was "not credible" and that Trinidad had "not shown that it is probable that she made significant improvements to ChatGPT by interacting with it as a user." Dkt. 84 at 3. And, in denying the Motion for Leave to Proceed In Forma Pauperis on Appeal, the court reiterated that none of the causes of action were plausible because "the factual basis underlying her claims—that she innovated great improvements to ChatGPT by interacting with it as a user—was not plausible." Dkt. 85 at 1. The court denied the motion for leave to proceed in forma pauperis, explaining that the "complaint is frivolous" and "appeal of the dismissal is not 'taken in good faith[.]'" *Id.* at 2.

Respectfully submitted,

Dated: February 6, 2026

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/ *Praatika Prasad*
Praatika Prasad (Admitted *Pro Hac Vice*)
pprasad@wsgr.com

Attorneys for Defendants
*Google LLC and DeepMind Technologies Ltd.*