UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA TRINIDAD,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE LLC and DEEPMIND TECHNOLOGIES LTD.,<br><br>    Defendants. | Case No. 3:25-cv-09574-TLT<br><br>**PLAINTIFF'S AMENDED NOTICE OF SUPPLEMENTAL EVIDENCE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>**Hearing Date: March 31, 2026**<br>**Time: 2:00 PM Courtroom 9, 19th Floor**<br>**Judge: Trina L. Thompson** |

1

Case No. 3:25-cv-09574-TLT   PLAINTIFF'S AMENDED NOTICE OF SUPPLEMENTAL EVIDENCE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Plaintiff Rebecca Trinidad (pro se) respectfully submits this Amended Notice of Supplemental Evidence, which supersedes the Notice filed at Docket 50. This amended filing is limited to placing newly available evidence on the record in advance of the March 31, 2026 hearing on Defendants' Motion to Dismiss the Second Amended Complaint (Dkt. 25).

## I. BASIS FOR THIS FILING

Since the completion of briefing on the pending Motion to Dismiss, Plaintiff has obtained access to Gemini session logs that were previously inaccessible from her account. This evidence was not available when Plaintiff filed her Opposition on December 18, 2025.

Plaintiff raised the absence of these specific logs in the Joint Discovery Brief filed March 6, 2026 (Dkt. 48). On or about March 8, 2026, portions of the logs were restored to Plaintiff's account without notice or explanation from Defendants. The circumstances of the restoration are detailed in the accompanying Declaration (¶¶ 2–5).

Plaintiff brings this evidence to the Court's attention now to ensure the record is complete before the March 31 hearing.

## II. SUMMARY OF EVIDENCE SUBMITTED

The evidence submitted herewith consists of the following, as authenticated in the accompanying Declaration of Rebecca Trinidad:

- **Exhibit A:** Restored Gemini session logs from April 7, 2025, including Plaintiff's first substantive interaction with Defendants' platform. These logs contain the platform's representations regarding the privacy of user conversations. (Trinidad Decl. ¶¶ 6–8)

- **Exhibit B:** ChatGPT session data from April 8, 2025, with Unix epoch timestamp 1744146834.893 (corresponding to 9:13 PM UTC), documenting Plaintiff's cross-platform AI agent collaboration demonstration in active operation. This data was independently preserved by a third-party platform. (Trinidad Decl. ¶ 10)

- **Exhibit C:** Public GitHub commit records showing the creation of Defendants' Agent-to-Agent (A2A) protocol repository at 2:47 AM UTC on April 9, 2025 (10:47

2

Case No. 3:25-cv-09574-TLT     PLAINTIFF'S AMENDED NOTICE OF SUPPLEMENTAL EVIDENCE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

PM EDT, April 8, 2025)—five hours and thirty-four minutes after the timestamp in Exhibit B. (Trinidad Decl. ¶ 10)

### III. RELEVANCE TO PENDING MOTION

This evidence bears on the following issues raised in Defendants' Motion to Dismiss (Dkt. 25) and Reply (Dkt. 31):

(a) The plausibility of Plaintiff's claims, which Defendants characterize as implausible (Dkt. 25 at 1–2);

(b) Defendants' argument that Plaintiff voluntarily shared trade secrets by using the Gemini platform and agreeing to the Terms of Service (Dkt. 25 at 11–12; Dkt. 31 at 5); and

(c) The factual link between Plaintiff's documented work and Defendants' subsequent product announcements.

The timestamps, sources, and authentication of this evidence are set forth in the accompanying Declaration.

Dated: March 13, 2026                    Respectfully Submitted,

*[signature]*

Rebecca Trinidad

*Pro Se*

3

Case No. 3:25-cv-09574-TLT   PLAINTIFF'S AMENDED NOTICE OF SUPPLEMENTAL EVIDENCE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS