UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA TRINIDAD,<br><br>        Plaintiff,<br><br>    v.<br><br>GOOGLE LLC, et al.,<br><br>        Defendants. | Case No. 25-cv-09574-TLT (AGT)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. Nos. 48, 49 |

At least until Judge Thompson rules on Google's motion to dismiss (dkt. 25), Google needn't respond to Rebecca Trinidad's discovery requests or supplement its initial disclosures. Other judges in this district have dismissed, without leave to amend, claims similar to those Trinidad is pursuing here, in cases Trinidad filed against other providers of generative AI services. *See Trinidad v. OpenAI Inc.*, No. 25-cv-06328-JST (N.D. Cal.); *Trinidad v. Anthropic PBC*, No. 25-cv-06327-VC (N.D. Cal.).

In *OpenAI*, Judge Tigar explained that "Trinidad's claims are based on the highly improbable notion that she innovated great improvements to ChatGPT's functionality by interacting with it as a user, and that OpenAI monitored her usage and then appropriated and

commercialized those innovations." No. 25-cv-06328-JST, Dkt. 74 at 10. In *Anthropic*, Judge Chhabria held that Trinidad's claims were "frivolous." No. 25-cv-06327-VC, Dkt. 15.

Under the circumstances, the Court agrees with Google that party and judicial resources should be conserved pending resolution of the motion to dismiss. Trinidad's requests to compel discovery responses, to compel further initial disclosures, for an order requiring a forensic audit, and for a "strict preservation order" are denied. Dkt. 48 at 4. Her motion to strike the joint discovery brief (dkt. 48), for alleged noncompliance with formatting requirements and alleged manipulation of exhibits (dkt. 49), is also denied.

**IT IS SO ORDERED.**

Dated: March 16, 2026

_____
Alex G. Tse
United States Magistrate Judge